**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILPS, N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN TELECOM, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 15-1128-GMS |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT**

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties that the deadline for Defendant to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended to and including March 8, 2016.  The reason for this request is to provide sufficient time for the defendant to review the allegations in the Complaint and prepare a response, and for the parties to continue settlement discussions.

DATED:  February 5, 2016

| **MCCARTER & ENGLISH LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Karen L. Pascale* |
| Michael P. Kelly (#2295) | Karen L. Pascale (#2903) |
| Daniel M. Silver (#4758) | Robert M. Vrana (# 5666) |
| Benjamin A. Smyth (#5528) | Rodney Square |
| Renaissance Centre | 1000 North King Street |
| 405 N. King Street, 8th Floor | Wilmington, DE  19801 |
| Wilmington, Delaware 19801 | (302) 571-6600 |
| (302) 984-6300 | kpascale@ycst.com |
| mkelly@mccarter.com | rvrana@ycst.com |
| dsilver@mccarter.com | *Attorneys for Defendant* |
| bsmyth@mccarter.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of February, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

01:18242600.1