**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>          Plaintiffs<br><br>     v.<br><br>**SOUTHERN TELECOM, INC.**<br><br>          Defendant. | C.A. No. 15-1128-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent the Defendant, **Southern Telecom, Inc.**, in

this matter:

> P. Andrew Blatt, Ph.D.
> **WOOD, HERRON & EVANS LLP**
> 2700 Carew Tower
> 441 Vine Street
> Cincinnati, OH 45202
> Telephone: (513) 241-2324 (Ext. 204)
> Email: dblatt@whe-law.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

March 7, 2016

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (# 5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600
*Attorneys for Defendant, Southern Telecom, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

P. Andrew Blatt, Ph.D., is GRANTED.

Date:  March _____, 2016

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion

Dated:  March 7, 2016

P. Andrew Blatt
**WOOD, HERRON & EVANS LLP**
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: (513) 241-2324 (Ext. 204)
dblatt@whe-law.com

01:18399492.1

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 7, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*

| | |
|---|---|
| Michael P. Kelly | mkelly@mccarter.com |
| Daniel M. Silver | dsilver@mccarter.com |
| Benjamin A. Smyth | bsmyth@mccarter.com |
| McCarter & English llp | |
| Renaissance Centre | |
| 405 N. King Street, 8th Floor | |
| Wilmington, DE 19801 | |
| | |
| Michael P. Sandonato | msandonato@fchs.com |
| John D. Carlin | jcarlin@fchs.com |
| Daniel A. Apgar | dapgar@fchs.com |
| Jonathan M. Sharret | jsharret@fchs.com |
| Fitzpatrick, Cella, Harper & Scinto | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |

March 7, 2016

/s/ *Karen L. Pascale*

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Robert M. Vrana (# 5666) *[rvrana@ycst.com]*
**Young Conaway Stargatt & Taylor, llp**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Defendant, Southern Telecom, Inc.*