**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOUTHERN TELECOM, INC.,**<br><br>Defendant. | C.A. No. 15-1128-GMS |

**DEFENDANT SOUTHERN TELECOM, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Southern Telecom, Inc. states that there is no parent corporation and no publicly held corporation owning 10% or more of Southern Telecom's stock.

| | |
|---|---|
| Dated: March 8, 2016 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | |
| P. Andrew Blatt<br>**WOOD HERRON & EVANS LLP**<br>2700 Carew Tower<br>Cincinnati, OH 45202<br>Telephone: (513) 241-2324<br>E-mail: dblatt@whe-law.com | Karen L. Pascale (#2903) [kpascale@ycst.com]<br>Robert M. Vrana (# 5666) [rvrana@ycst.com]<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |
| | *Attorneys for Defendant, Southern Telecom, Inc.* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 8, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*

| | |
|---|---|
| Michael P. Kelly | mkelly@mccarter.com |
| Daniel M. Silver | dsilver@mccarter.com |
| Benjamin A. Smyth | bsmyth@mccarter.com |
| McCarter & English LLP | |
| Renaissance Centre | |
| 405 N. King Street, 8th Floor | |
| Wilmington, DE 19801 | |
| | |
| Michael P. Sandonato | msandonato@fchs.com |
| John D. Carlin | jcarlin@fchs.com |
| Daniel A. Apgar | dapgar@fchs.com |
| Jonathan M. Sharret | jsharret@fchs.com |
| Fitzpatrick, Cella, Harper & Scinto | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |

March 8, 2016    */s/ Karen L. Pascale*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Robert M. Vrana (# 5666) *[rvrana@ycst.com]*
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Defendant, Southern Telecom, Inc.*