**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOUTHERN TELECOM, INC.,**<br><br>Defendant. | C.A. No. 15-1128-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 24, 2016, copies of:

*Defendant Southern Telecom, Inc.'s Initial Disclosures Under Fed. R. Civ. P. 26(a)(1)(A)*; and

*Defendant Southern Telecom, Inc.'s Initial ESI Disclosures Under Paragraph 3 of the District of Delaware's Default Standard for Discovery*,

were caused to be served upon the following counsel by electronic mail:

*Attorneys for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*

| | |
|---|---|
| Michael P. Kelly | mkelly@mccarter.com |
| Daniel M. Silver | dsilver@mccarter.com |
| Benjamin A. Smyth | bsmyth@mccarter.com |

McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

| | |
|---|---|
| Michael P. Sandonato | msandonato@fchs.com |
| John D. Carlin | jcarlin@fchs.com |
| Daniel A. Apgar | dapgar@fchs.com |
| Jonathan M. Sharret | jsharret@fchs.com |

Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York 10104-3800

In addition, this Notice of Service was served upon the above listed counsel of record by electronic mail on June 24, 2016.

| | |
|---|---|
| Dated:  June 24, 2016 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | _____ |
| P. Andrew Blatt | Karen L. Pascale (#2903) [kpascale@ycst.com] |
| **WOOD HERRON & EVANS LLP** | Robert M. Vrana (# 5666) [rvrana@ycst.com] |
| 2700 Carew Tower | Rodney Square |
| Cincinnati, OH 45202 | 1000 North King Street |
| Telephone: (513) 241-2324 | Wilmington, DE  19801 |
| E-mail: dblatt@whe-law.com | Telephone: (302) 571-6600 |
| | *Attorneys for Defendant, Southern Telecom, Inc.* |

01:18842805.1

2