**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**SOUTHERN TELECOM, INC.,**<br><br>　　　　　Defendant. | C.A. No. 15-1128-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Southern Telecom, Inc. made its production of core technical documents pursuant to Paragraph 4.b. of the Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), via CD sent by Federal Express for delivery on July 22, 2016 to the following counsel of record:

> *Attorney for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*
>
> Jonathan M. Sharret
> FITZPATRICK, CELLA, HARPER & SCINTO
> 1290 Avenue of the Americas
> New York, New York 10104-3800

In addition, copies of this Notice of Service were caused to be served upon the following counsel by electronic mail on August 3, 2016:

> *Attorneys for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*
>
> | | |
> |---|---|
> | Michael P. Kelly | mkelly@mccarter.com |
> | Daniel M. Silver | dsilver@mccarter.com |
> | Benjamin A. Smyth | bsmyth@mccarter.com |
>
> MCCARTER & ENGLISH LLP
> Renaissance Centre
> 405 N. King Street, 8th Floor
> Wilmington, DE 19801　　　　　　　　　　　　　　　　　　　　　　　*Continued . . . .*

| Michael P. Sandonato | msandonato@fchs.com |
| John D. Carlin | jcarlin@fchs.com |
| Daniel A. Apgar | dapgar@fchs.com |
| Jonathan M. Sharret | jsharret@fchs.com |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |

Dated:  August 3, 2016

*Of Counsel:*

P. Andrew Blatt
**WOOD HERRON & EVANS LLP**
2700 Carew Tower
Cincinnati, OH 45202
Telephone: (513) 241-2324
E-mail: dblatt@whe-law.com

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903) [kpascale@ycst.com]
Robert M. Vrana (# 5666) [rvrana@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

*Attorneys for Defendant, Southern Telecom, Inc.*