**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | C.A. No. 15-1125-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HTC CORP.,<br>HTC AMERICA,<br><br>Defendants. | C.A. No. 15-1126-GMS<br><br>JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VISUAL LAND, INC.,<br><br>Defendant. | ) | C.A. No. 15-1127-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN TELECOM, INC.,<br><br>Defendant. | ) | C.A. No. 15-1128-GMS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO., LTD.<br><br>Defendants. | C.A. No. 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.<br><br>Defendants. | C.A. No. 15-1131-GMS<br><br>JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>Defendants. | ) | C.A. No. 15-1170-GMS<br><br>JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE ACER DEFENDANTS** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE ASUS DEFENDANTS** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Asustek Computer Inc. and Asus Computer International*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE VISUAL LAND DEFENDANT** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE HTC DEFENDANTS** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE SOUTHERN TELECOM DEFENDANT** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Karen L. Pascale
Robert M. Vrana
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324
*dblatt@whe-law.com*

*Attorneys for Defendant Southern Telecom, Inc.*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' THIRD SET OF INTERROGATORIES TO THE DOUBLE POWER DEFENDANTS** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARCHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorney for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE YIFANG DEFENDANT** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

John W. Shaw
Karen E. Keller
Andrew E. Russell
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE MICROSOFT COUNTERCLAIM DEFENDANTS** were caused to be served on May 10, 2017 on the following counsel in the manner indicated:

**VIA EMAIL**

Steven J. Balick
Andrews C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Flr.
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*sbalick@ashby-geddes.com*
*amayo@ashby-geddes.com*

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

*Attorneys for Intervenor Microsoft Corporation*



ME1 24822298v.1

DATED: May 11, 2017

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver

Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*