**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., </br> U.S. PHILIPS CORPORATION, </br> </br> Plaintiffs, </br> v. </br> </br> SOUTHERN TELECOM, INC., </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 15-1128-GMS </br> ) </br> ) </br> ) </br> ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that all claims asserted by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") or by Defendant Southern Telecom, Inc. ("Southern Telecom") in the above-captioned case are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the terms of an agreement reached between Philips and Southern Telecom.  Each party shall bear its own costs and attorneys' fees.

McCARTER & ENGLISH LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*

DATED:  October 3, 2017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Road
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*

ME1 25789407v.1

SO ORDERED this ___ day of _____, 2017.

                                                                                                                     _____
                                                                                                                      UNITED STATES DISTRICT JUDGE