IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> SOUTHERN TELECOM, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 15-1128-GMS ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that all claims asserted by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") or by Defendant Southern Telecom, Inc. ("Southern Telecom") in the above-captioned case are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and subject to the terms of an agreement reached between Philips and Southern Telecom. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| MCCARTER & ENGLISH LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Daniel M. Silver* | */s/ Karen L. Pascale* |
| Michael P. Kelly (#2295) | Karen L. Pascale (#2903) |
| Daniel M. Silver (#4758) | Robert M. Vrana (#5666) |
| Benjamin A. Smyth (#5528) | Rodney Square |
| Renaissance Centre | 1000 North King Road |
| 405 N. King Street, 8th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | (302) 571-6600 |
| (302) 984-6300 | kpascale@ycst.com |
| mkelly@mccarter.com | rvrana@ycst.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

DATED: October 3, 2017

ME1 25789407v.1

SO ORDERED this 10TH day of Oct, 2017.

_____
UNITED STATES DISTRICT JUDGE

ME1 25789407v.1